AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ NEW YORK

## APPEARANCE

Case Number: **07 CIV 7480**

**JUDGE CROTTY**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for :

Plaintiff - Mohammed Mokaram

I certify that I am admitted to practice in this court.

08/15/07
Date

Shahla Khan
Signature

Shahla Khan                                SK0411
Print Name                                 Bar Number

1375 Broadway, 3rd floor
Address

New York            NY            10018
City                State         Zip Code

(646) 287-4667          (646) 253-1258