Docket #: 07 CIV 7480

I hereby certify that a copy of the complaint and amended complaint in the above referenced matter has been served on the following defendants:

Department of Homeland Security & Director USCIS
Assistant US Attorneys Office
86 Chambers Street, 3rd floor
New York, New York 10007

Via hand delivery on august 27, 2007

New York District Director, USCIS
26 Federal Plaza, 11th Floor
New York, New York 10278

Via Federal Express on August 27, 2007

Director and Assistant Director FBI
26 Federal Plaza
New York, NY 10278

Via Federal Express on August 27, 2007

Shahla Khan
1375 Broadway, 3rd fl.
New York, NY 10018

KLAJD GAZULLI
Notary Public, State of New York
No. 01GA6142906
Qualified in Queens County
Commission Expires March 27, 2010