UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
MOHAMMED MOKARAM,

              Plaintiff,                 **ECF CASE**

    v.

                                    07 Civ. 7480 (PAC)

MICHAEL CHERTOFF, et al.

              Defendants.           NOTICE OF APPEARANCE
------------------------------------------------------------ x

TO:    Clerk of Court
         United States District Court
         Southern District of New York

        The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:    New York, New York
            September 18, 2007

                                                  Respectfully submitted,

                                                  MICHAEL J. GARCIA
                                                  United States Attorney for the
                                                  Southern District of New York

                                By:    /s/_____
                                                  ROBERT W. YALEN
                                                  Assistant United States Attorney
                                                  86 Chambers Street, 3rd Floor
                                                  New York, New York 10007
                                                  Telephone: (212) 637-2722
                                                  Facsimile: (212) 637-2717
                                                  Email: robert.yalen@usdoj.gov

To:    Shahla Khan, Esq.
         1375 Broadway, 3rd Floor
         New York, NY 10018