CROTTY

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By:   ROBERT WILLIAM YALEN
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel. No.: (212) 637-2722

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 24 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
MOHAMMAD MOKARAM,

        Plaintiff,

        v.

MR. MICHAEL CHERTOFF,
SECRETARY OF DHS, et al.,

        Defendants.
------------------------------------------------------------ x

ECF Case

07 Civ. 7480 (PAC)

STIPULATION AND ORDER
OF DISMISSAL

       WHEREAS, on August 23, 2007, plaintiff Mohammed Mokaram commenced this action seeking relief for an alleged failure of U.S. Citizenship and Immigration Services ("USCIS") timely to adjudicate plaintiff's application for naturalization;

       WHEREAS, USCIS thereafter granted plaintiff's application for naturalization and scheduled plaintiff to appear at a naturalization oath ceremony;

       NOW, THEREFORE, IT IS STIPULATED AND AGREED, by and between the undersigned counsel for the parties appearing in this matter, that:

       (1)   Plaintiff's claims are dismissed with prejudice and without costs or attorney's fees to any party, and

(2) This stipulation contains the entire agreement between the parties, and no statements, representations, promises, agreements, or negotiations, oral or otherwise, between the parties or their counsel that are not included herein shall be of any force or effect.

Dated: New York, New York  
October 23, 2007

LAW OFFICE OF  
SHAHLA KHAN PLCC  
*Attorney for Plaintiff*

By: _____  
SHAHLA KHAN, ESQ.  
1375 Broadway, 3rd Floor  
New York, NY 10018  
Tel. (646) 287-4667  
Fax (646) 253-1258

Dated: New York, New York  
October 23, 2007

MICHAEL J. GARCIA  
United States Attorney for the  
Southern District of New York  
*Attorney for Defendants*

By: _____  
ROBERT WILLIAM YALEN  
Assistant United States Attorney  
86 Chambers St., 3rd Floor  
New York, NY 10007  
Tel. (212) 637-2722  
Fax: (212) 637-2687

SO ORDERED.

Dated: New York, New York  
      October 24, 2007

_____  
HON. PAUL A. CROTTY  
United States District Judge

-2-